JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

AURORA V.,

                Plaintiff,

     vs.

KILOLO KIJAKAZI, Acting
Commissioner of Social Security,

                Defendant.

)
)
)
)
)
)
)
)
)
)
)

CASE NO. CV 20-11709 AGR

JUDGMENT

     IT IS HEREBY ADJUDGED that the decision of the Commissioner is reversed and the matter is remanded for reconsideration of Dr. Nadella's opinion and the treatment records.

DATED: March 31, 2022

_Alicia G. Rosenberg_

_____
ALICIA G. ROSENBERG
United States Magistrate Judge